Steven L. Weinstein
Attorney at Law
steveattorney@comcast.net
P.O. Box 27414
Oakland, Ca 94602
5101 Crockett Place
Oakland, Ca 94602
Telephone: (510) 336-2181
Facsimile: (510) 336-2181
*Attorney for Plaintiff*
*Additional Attorneys on Signature Page*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KENNETH HORSLEY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRIBE APP, INC.**, a Delaware corporation,<br><br>*Defendant*. | **Case Number:** 3:17-cv-02519-VC<br><br>**JOINT STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**<br><br>**Pursuant to 28 U.S.C. § 1404(a)**<br><br>Assigned to Judge Vince Chhabria |

WHEREAS, Plaintiff filed this case in the United States District Court for the Northern District of California on May 3, 2017 (the "Instant Action").

WHEREAS, a class action lawsuit was filed against Defendant by a different plaintiff in the United States District Court for the Southern District of Florida on April 10, 2017, entitled *Rattner v. Tribe App, Inc.*, No. 1:17-cv-21344-UU (the "Rattner Action").

WHEREAS, the parties to the Instant Action have entered into a class action settlement agreement and the parties are drafting (and will be filing) a motion for preliminary approval in the Rattner Action.

*STIPULATION PURSUANT TO 28 U.S.C. § 1404*

WHEREAS, Plaintiff and Defendant agree that transferring the Instant Action to the Southern District of Florida will conserve the resources of the parties and the Court.

IT IS HEREBY STIPULATED by and between the parties, that Plaintiff and Defendant, through their respective attorneys of record, agree as follows:

1.  Plaintiff and Defendant hereby agree that the Instant Action should be transferred to the United States District Court for the Southern District of Florida and consolidated with the Rattner Action.

2.  Plaintiff and Defendant hereby respectfully request that the Court enter an order transferring the Instant Action to the United States District Court for the Southern District of Florida in the form of the proposed order attached hereto as Exhibit A.

Respectfully Submitted,

Dated: August 2, 2017

s/Blake J. Dugger
Blake J. Dugger, *pro hac vice*
blake@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1011 W. Colter St., #236
Phoenix, Arizona 85013
Telephone: (602) 441-3704
Facsimile: (888) 498-8946

Attorney for Plaintiff

Dated: August 2, 2017

s/Steven D. Weber

Steven D. Weber, *pro hac vice*
sweber@weberlawpa.com
WEBER LAW, P.A.
1221 Brickell Ave., Ste. 900
Miami, Florida 33131
Telephone: (305) 377-8788
Facsimile: (305) 377-8788

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520

San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Blake J. Dugger, an attorney, hereby certify that on August 2, 2017 I caused the above and foregoing papers to be served by sending such papers to all counsel of record via electronic mail.

s/Blake J. Dugger