**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

        Plaintiff,

v.

TRIBE APP, INC.,

        Defendant.

_____/

Case No. 1:17-cv-23111-JLK

KENNETH HORSLEY,

        Plaintiff,

v.

TRIBE APP, INC.,

        Defendant.

_____/

**CONSOLIDATION ORDER**

THIS CAUSE is before the Court upon Unopposed Motion to Consolidate Related Cases and Incorporated Memorandum of Law.  (D.E. 40).

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  These actions arise out of two class actions, one filed here (the "Rattner Action") and the other in the Northern District of California (the "Horseley Action").  Both plaintiffs have entered into a Class Action Settlement and Release, which was conditioned upon the Horsley Action being transferred to the Southern District of Florida.  Given the substantially

similar allegations and common questions of law and fact against the same Defendant arising out of the same incident, the Court finds good cause to consolidate these actions.  Accordingly, it is

ORDERED AND ADJUDGED that the above-referenced cases are consolidated for all purposes in accordance with Federal Rule of Civil Procedure 42.  The pleadings, however, shall not be consolidated so that a complete and proper record of both causes will be preserved. Accordingly,

1) Respective counsel SHALL:

   a) Style, number, and direct pleadings and all further documents submitted for filing so that both case names and case numbers are individually identified; and

   b) Include both case numbers on all further documents submitted for filing; and

2) The Clerk of Court SHALL:

   a) Appropriately indicate the consolidation by docketing and filing a copy of this Order in each of the above-captioned causes; and

   b) Continue to maintain individual files and dockets; and

   c) Refuse to accept for filing any documents not in accordance with the provisions of this Order.

DONE AND ORDERED in Chambers in Miami, Florida, this _21st_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf