**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALEXANDER M. RATTNER, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                                                                               CASE NO. 17-CV-21344

TRIBE APP, INC., a foreign corporation,

    Defendant.

_____/

KENNETH HORSLEY, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                                                                               CASE NO. 17-CV-23111

TRIBE APP, INC., a Delaware corporation,

    Defendant.

_____/

**ORDER**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge JOHN J. O'SULLIVAN to take all necessary and proper action as required by law with respect to Class Counsel's Motion for Attorneys' Fees and Expenses, and Incorporated Memoranda of Law (D.E. 63 on *Rattner* Docket, D.E. 45 on *Horsley* Docket) and any motions for extension or enlargement of time that relate to such motions.

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.   It is further

ORDERED AND ADJUDGED that the Clerk SHALL docket this Order on both of the above captioned dockets.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate Judge John J. O'Sullivan